UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Respondent,<br><br>　　v.<br><br>JESUS RAMIREZ,<br><br>　　　　　Defendant-Movant. | CASE NO. CR13-5695BHS<br><br>ORDER DENYING MOTION FOR REDUCTION OF SENTENCE |

This matter comes before the court on Defendant-Movant Jesus Ramirez' (Ramirez) Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582. Dkt. 65. The court has reviewed the motion and the government's response (Dkt. 69).

Defendant seeks a reduction in sentence based on Amendment 788 to the Sentencing Guidelines which made Amendment 782 to USSG 2D1.1. Because Defendant already received a two-level offense level reduction on the basis of these proposed Amendments at his original sentence hearing, he is ineligible for an additional reduction, and his motion should be denied.

NOW, THEREFORE, IT IS HEREBY ORDERED that Ramirez' Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 is DENIED.

Dated this 11th day of June, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1